MICHAEL J. SACKSTEDER (CSB No. 191605)
msacksteder@fenwick.com
BRYAN A. KOHM (CSB No. 233276)
bkohm@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone:   415.875.2300
Facsimile:   415.281.1350

GEOFFREY MILLER (CSB No. 308676)
gmiller@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone:   650.988.8500
Facsimile:   650.938.5200

Attorneys for Plaintiff
Supercell Oy

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUPERCELL OY,<br><br>              Plaintiff,<br><br>    v.<br><br>GREE, INC.,<br><br>              Defendant. | Case No.: 3:19-cv-01106-JD<br><br>**PROOF OF SERVICE OF SUMMONS AND COMPLAINT** |

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): GEOFFREY MILLER | SBN: 308676  FENWICK & WEST LLP  801 CALIFORNIA STREET   MOUNTAIN VIEW, CA 94041 | FOR COURT USE ONLY |
|---|---|
| TELEPHONE NO.: (650) 988-8500 | FAX NO. (650) 938-5200 | E-MAIL ADDRESS (Optional):  ATTORNEY FOR (Name): : | |

| UNITED STATES DISTRICT COURT | |
|---|---|
| STREET ADDRESS: 450 GOLDEN GATE #1111 | |
| MAILING ADDRESS: | |
| CITY AND ZIP CODE: SAN FRANCISCO, CA 94102 | Hearing Date:     Room: |
| BRANCH NAME: NORTHERN DISTRICT | Hearing Time:    Dept: |
| PLAINTIFF: SUPERCELL OY | CASE NUMBER: |
| DEFENDANT: GREE, INC. | 3:19-CV-01106-JCS |
| **PROOF OF SERVICE** | Ref. No. or File No.: |

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION
**I SERVED COPIES** OF THE FOLLOWING DOCUMENTS:

1. SUMMONS IN A CIVIL ACTION; 2. ECF REGISTRATION INFORMATION; 3. REASSIGNMENT ORDER SETTING CMC; 4. CIVIL COVER SHEET; 5. ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; 6. CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION; 7. REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK; 8. PLAINTIFF SUPERCELL OY'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT; 9. SUPERCELL OY'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL (COMPLAINT); 10. DECLARATION OF GEOFREY MILLER IN SUPPORT OF SUPERCELL OY'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL (COMPLAINT); 11. [PROPOSED] ORDER GRANTING SUPERCELL OY'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL (COMPLAINT); 12. SUPERCELL OY'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL (FIRST AMENDED COMPLAINT); 13. DECLARATION OF GEOFREY MILLER IN SUPPORT OF SUPERCELL OY'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL (FIRST AMENDED COMPLAINT); 14. [PROPOSED] ORDER GRANTING SUPERCELL OY'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL (FIRST AMENDED COMPLAINT); 15. PUBLIC REDACTED FIRST AMENDED COMPLAINT; 16. PUBLIC REDACTED COMPLAINT

| PARTY SERVED: | GFR FUND I GP, LLC |
|---|---|
| PERSON SERVED: | CARLOS PAZ - CT CORPORATION SYSTEM - AGENT FOR SERVICE |
| DATE & TIME OF DELIVERY: | 4/9/2019  2:10 PM |
| ADDRESS, CITY, AND STATE: | 818 W 7th St Ste 930  Los Angeles, CA 900173476 |
| PHYSICAL DESCRIPTION: | Age: 30   Weight: 185   Hair: BROWN  Sex: Male   Height: 6'1  Skin: HISPANIC |

MANNER OF SERVICE:
Personal Service - By personally delivering copies.

Fee for Service: $ 175.00
  Registration No.: 7067
  County: LOS ANGELES
  JPL PROCESS SERVICE, LLC
  14482 BEACH BLVD. STE S
  WESTMINSTER, CA 92683
  (866) 754-0520

I declare under penalty of perjury under the laws of the The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on April 10, 2019.

Signature: _____
RYAN LANCASTER

**PROOF OF SERVICE**

Order#: 139163/General

**JPL PROCESS SERVICE, LLC**
14482 BEACH BLVD. STE S
WESTMINSTER, CA 92683
Phone: (866) 754-0520   Fax: (866) 684-4815

Continued from Proof of Service

**CLIENT:** FENWICK & WEST LLP

**CLIENT FILE #:**                                                                 **DATE:** April 10, 2019

**SUBJECT:** GFR FUND I GP, LLC

1. SUMMONS IN A CIVIL ACTION; 2. ECF REGISTRATION INFORMATION; 3. REASSIGNMENT ORDER SETTING CMC; 4. CIVIL COVER SHEET; 5. ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; 6. CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION; 7. REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK; 8. PLAINTIFF SUPERCELL OY'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT; 9. SUPERCELL OY'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL (COMPLAINT); 10. DECLARATION OF GEOFREY MILLER IN SUPPORT OF SUPERCELL OY'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL (COMPLAINT); 11. [PROPOSED] ORDER GRANTING SUPERCELL OY'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL (COMPLAINT); 12. SUPERCELL OY'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL (FIRST AMENDED COMPLAINT); 13. DECLARATION OF GEOFREY MILLER IN SUPPORT OF SUPERCELL OY'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL (FIRST AMENDED COMPLAINT); 14. [PROPOSED] ORDER GRANTING SUPERCELL OY'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL (FIRST AMENDED COMPLAINT); 15. PUBLIC REDACTED FIRST AMENDED COMPLAINT; 16. PUBLIC REDACTED COMPLAINT;

