KILPATRICK TOWNSEND & STOCKTON LLP
STEVEN D. MOORE (State Bar No. 290875)
smoore@kilpatricktownsend.com
TAYLOR J. PFINGST (State Bar No. 316516)
tpfingst@kilpatricktownsend.com
Two Embarcadero Center, Suite 1900
San Francisco, CA  94111
Telephone:   415 576 0200
Facsimile:    415 576 0300

NORRIS P. BOOTHE (State Bar No. 307702)
1080 Marsh Road
Menlo Park, CA  94025
Telephone:    650 326 2400
Facsimile:    650 326 2422

Attorneys for Defendant GREE, Inc.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SUPERCELL OY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GREE, INC.,<br><br>　　　　Defendant. | Civil Action No. 3:19-CV-01106-JD<br><br>**JOINT NOTICE OF FINAL ORDER REGARDING MOTION TO DISMISS OR TRANSFER IN EDTX ACTIONS**<br><br>Judge: Honorable James Donato |

On July 11, 2019, at the Initial Case Management Conference in this matter between declaratory judgment Plaintiff Supercell Oy and Defendant GREE, Inc., the Court ordered that the present case be stayed for a period of 90 days or until the United States District Court for the Eastern District of Texas issued orders on pending Motions to Dismiss or in the alternative to transfer venue ("Motions") under 28 U.S.C. § 1404(a) filed by Supercell in cases *GREE, Inc. v. Supercell Oy*, Case Nos. 2:19-cv-00070, -00071, and -00072 (E.D. Tex.), and requested that the parties advise it when those orders issued.

On November 8, 2019, GREE, Inc. and Supercell Oy provided notice to this Court that on October 30, 2019 and November 1, 2019 Magistrate Judge Payne of the United States District

Court for Eastern District of Texas issued orders denying Supercell Oy's Motions under 35 U.S.C. § 1404(a) filed in the cases *GREE, Inc. v. Supercell Oy*, Case Nos. 2:19-cv-00070, -00071 and -00072 (E.D. Tex.). At the time, the parties notified the Court of Supercell's intent to file objections to Magistrate Judge Payne's decisions and the parties' agreement that the stay should remain in place. Supercell filed its objections on November 13, 2019.

GREE, Inc. and Supercell Oy hereby provide notice that on November 21, 2019 and November 22, 2019, Judge Gilstrap of the United States District Court for the Eastern District of Texas issued final orders Overruling Supercell's Objections, Adopting Magistrate Judge Payne's Order, and Denying Supercell Oy's Motions to Dismiss or in the Alternative to Transfer Venue under 28 U.S.C. § 1404(a) filed in the cases *GREE, Inc. v. Supercell Oy*, Case Nos. 2:19-cv-00070, -00071 and -00072 (E.D. Tex.). Those Orders are attached hereto as Exhibit A.

DATED: December 4, 2019    Respectfully submitted,

KILPATRICK TOWNSEND & STOCKTON LLP

By: */s/Steven D. Moore*
STEVEN D. MOORE

Attorneys for Defendant
GREE, Inc.

DATED: December 4, 2019    Respectfully submitted,

FENWICK & WEST, LLP

By: */s/ Michael J. Sacksteder*
MICHAEL J. SACKSTEDER

Attorneys for Plaintiff
Supercell Oy

| | |
|---|---|
| 1 | **CIVIL LOCAL RULE 5-1(i)(3) ATTESTATION** |
| 2 | I, Steven D. Moore, am the ECF user whose ID and password are being used to file this |
| 3 | **JOINT NOTICE OF FINAL ORDER REGARDING MOTION TO DISMISS OR** |
| 4 | **TRANSFER IN EDTX ACTIONS** in compliance with Civil Local Rule 5-(i)(3) I hereby attest |
| 5 | that counsel for Plaintiff has concurred in this filing. |

                                           */s/Steven D. Moore*
                                           STEVEN D. MOORE